# United States Bankruptcy Court

Eastern District of Louisiana

MARY ADDISON
9234 MARK LN.
RIVER RIDGE LA 70123

16-12617
Chapter 13
Section B

## ORDER GRANTING TRUSTEES MOTION TO SET ASIDE OBJECTION TO CLAIM

Considering the Trustee's Motion to Set Aside Objection To Claim (P-19),

IT IS HEREBY ORDERED that the Trustee's objection to the claim (P-16) filed in this case by the below-named creditor in the amount of $2,287.48 as well as the related hearing scheduled for 6/21/2017 be set aside and dismissed; and that the claim is Allowed.

Claimant:

CAVALRY SPV I
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD, SUITE 200
TUCSON AZ 85712

Court's claim #4

Trustee's Claim #5

Account #8734

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 16, 2017.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge